WED

# COMPLAINT
### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

BENEDICTA FOWLKES
2532 W. LOCUST ST. 53206
TELE# 1-920-268-2787

v.

(Full name of defendant(s))

NBA/WNBA
645 Fifth Avenue
NEW YORK, NY 10022
TELE# 1-212-655-0880

Case Number:

**26-C-0733**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of ___WISCONSIN___ and resides at
(State)

2532 W. LOCUST MILWAUKEE, Wi 53206
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___NBA/WNBA___
(Name)

Complaint – 1

Case 2:26-cv-00733-WED    Filed 04/27/26    Page 1 of 5    Document 1

is (if a person or private corporation) a citizen of _____NEW YORK_____

(State, if known)

and (if a person) resides at ___645 Fifth AVENUE___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___BRADLEY CENTER 1001 N. 4th Mlw Wi53202.___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The NBA/WNBA persistently violate MY RIGHTS. As a little NEWBORN BABY THEY HAVE PURSUED ME iN MILWAUKEE iN AN UNWANTED FASHION SAYING I HAVE TO HAVE THE WORST THINGS OF LiFE. I JUST FIGURED IT OUT. AS A KiO THEY TRIED TO CLAIM MY GOOD LOOKS iN A EFFECT TO CLAiM THAT THE MiLWAUKEE BUCKS CANT BE AROUND PRETTY GiRLS SUCH AS MYSELF AND OTHER FOWLKES FAMILY MEMBERS LOOKS

Complaint – 2

AND HEALTH. I WANT MY LOOKS AND HEALTH BACK. I SEE IT MIGHT OF HAPPENED TO OTHERS. BUT THIS CLAIM IS FOR MYSELF. All the MONETARY AWARDS OF ONE TO FIVE MILLION DOLLARS A YEAR SINCE BIRTH I AM ASKING AS A SETTLEMENT FOR THIS INCONVENIENCE

Also, EVERYTIME I TRY TO KEEP A JOB, 100's OF TIMES, THEY TRIED TO GET ME FIRED FROM EACH ONE, A loss of WAGES. Can't KEEP A JOB. I GOT A DEGREE FROM MARQUETTE AND MBTE IN ENGINEERING + MATH. I WANT MY SALARY BACK OF $250,000 SINCE 25 which ADDS UP TO $10 million dollars Also, I WANT THE LAW DEGREE FROM MARQUETTE. AND MASTERS DEGREE THEY TRIED TO DECLINE ME FROM. FURTHERMORE, RETURN OF OUR RANCH HOME STOLEN IN GLENDALE. PURE HARRASSMENT SINCE BIRTH.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 20 - 351 million.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1.) I WANT A MONETARY SETTLEMENT OF ONE TO FIVE MILLION PER YEAR FROM BIRTH. THIS IS A SUM TOTAL OF ABOUT 60 MILLION TO 300 MILLION DOLLARS FROM THE NBA|WNBA.

2.) STOP TRYING TO GET ME FIRED FROM MY JOB(S). RETURN MY JOB AT THE NEW ARENA, FISERV FORUM, A GOOD NEW JOB.

3.) RECEIVE A HONARARY LAW DEGREE, MASTERS AND NURSING DEGREE

4.) RETURN 5989 N AMES TERRACE IN GLENDALE

5.) REIMBURSEMENT OF SALARY SINCE 15/16 yrs. 1 million a year = 50 million

6.) RETURN MY LOOKS AND HEALTH.

7.) THEY TRIED TO SETTLE FOR $20 million.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES            ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __23__ day of __April__ 20 __26__

Respectfully Submitted,

_Benedicta Fowlkes_
Signature of Plaintiff

_920-268-2787_
Plaintiff's Telephone Number

_fowlkesbenedicta@gmail.com_
Plaintiff's Email Address

_2532 W. Locust Street_

_Milwaukee, Wi 53206_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.